UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  15-CV-24596-KING

ANDRES GOMEZ,

    Plaintiff,

vs.

BERAJA MEDICAL INSTITUTE INC. and
BERAJA INVESTMENTS, LTD.,

    Defendants.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, ANDRES GOMEZ ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, BERAJA MEDICAL INSTITUTE INC. and BERAJA INVESTMENTS, LTD .

    Plaintiff and Defendant, PENSE PLAZA, are presently preparing a formal settlement agreement for signature and intend to file a notice of dismissal with prejudice once the agreement is finalized.  Plaintiff and Defendants request twenty-one (21) days within which to file its dismissal documents.

    Respectfully submitted this 21st of January, 2016.

    /s/ Douglas S. Schapiro
    DOUGLAS S. SCHAPIRO, ESQ.
    Florida Bar No: 54538
    Schapiro Law Group, P.L.
    21301 Powerline Road, Suite 106
    Boca Raton, FL 33433
    T: (561) 807-7388
    F: (810) 885-5279
    Schapiro@schapirolawgroup.com

## **CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 21st day of January, 2016.

/s/ Douglas S. Schapiro
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com