UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-24596-CIV-KING/TORRES

ANDRES GOMEZ,

    Plaintiff,

v.

BERAJA MEDICAL INSTITUTE INC. and
BERAJA INVESTMENTS, LTD.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS MATTER is before the Court on the Plaintiff's Notice of Settlement (D.E. #12) filed January 21, 2016, in the above-styled case. Accordingly, after a careful review of the record and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED. The Court retains jurisdiction to enforce the terms of the settlement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 22nd day of January, 2016.

                                            JAMES LAWRENCE KING
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record